GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
    jvalenzuela@gibsondunn.com
JEFF LOMBARD, SBN 285371
    jlombard@gibsondunn.com
310 University Avenue
Palo Alto, California  94301-1744
Telephone:    650.849.5300
Facsimile:    650.849.5333


BRIAN M. LUTZ, SBN 255976
    blutz@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California  94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendants*
*SPENSER SKATES, HOANG VUONG,*
*NEERAJ AGRAWAL, RON GILL, PAT*
*GRADY, CURTIS LIU, ERICA SCHULTZ,*
*ELISA STEELE, ERIC VISHRIA, JAMES*
*WHITEHURST, and CATHERINE WONG;*
*and, Nominal Defendant AMPLITUDE, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HAWKINS derivatively on behalf of AMPLITUDE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SPENSER SKATES, HOANG VUONG, NEERAJ AGRAWAL, RON GILL, PAT GRADY, CURTIS LIU, ERICA SCHULTZ, ELISA STEELE, ERIC VISHRIA, JAMES WHITEHURST, and CATHERINE WONG,<br><br>Defendants.<br><br>and<br><br>AMPLITUDE, INC.,<br><br>Nominal Defendant. | CASE NO. 3:24-cv-03460-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 23.1(C) AND 41(A)** |

Gibson, Dunn &
Crutcher LLP

Plaintiff Brian Hawkins ("Plaintiff") and Defendants Spenser Skates, Hoang Vuong, Neeraj Agrawal, Ron Gill, Pat Grady, Curtis Liu, Erica Schultz, Elisa Steele, Eric Vishria, James Whitehurst, and Catherine Wong (the "Individual Defendants"), and Nominal Defendant Amplitude, Inc. ("Amplitude" and together with the Individual Defendants, "Defendants")[1], by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 10, 2024, Plaintiff filed the above-captioned stockholder derivative action purportedly on behalf of Amplitude against the Individual Defendants alleging, *inter alia*, breaches of fiduciary duty (the "Derivative Action"), which was stayed on September 16, 2024 (ECF No. 21);

WHEREAS, in addition to the Derivative Action, Amplitude and certain of the Individual Defendants were named as defendants in a related federal securities class action, captioned *Chicago & Vicinity Laborers' District Council Pension Fund v. Amplitude, Inc., et al.*, Case No. 3:24-cv-898-VC (the "Securities Class Action");

WHEREAS, the Securities Class Action was dismissed with prejudice and judgment was entered on January 13, 2025 (*see* Securities Class Action, ECF Nos. 71, 72);

WHEREAS, in light of the dismissal of the Securities Class Action and given the substantial overlap in allegations between the Derivative Action and Securities Class Action, Plaintiff wishes to voluntarily dismiss the Derivative Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, without prejudice as to Plaintiff, Amplitude, and/or any other Amplitude shareholder;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the Derivative Action on the merits, and that each Party shall bear its own fees and costs in connection with the Derivative Action;

WHEREAS, the Parties agree and respectfully submit that notice to Amplitude's shareholders is not required because: (i) the dismissal is without prejudice to Plaintiff, any Amplitude shareholder, or Amplitude itself; (ii) there has not been a settlement or compromise of the Derivative Action; (iii) there has been no collusion among the Parties; and (iv) neither Plaintiff nor his counsel has received or will receive directly or indirectly any consideration from Defendants in exchange for the dismissal; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through

---

[1] "Plaintiff" and "Defendants" together are referred to herein as the "Parties."

Gibson, Dunn & Crutcher LLP

2

their respective counsel of record, subject to the Court's approval, as follows:

1.      The Derivative Action shall be dismissed without prejudice as to Plaintiff, Amplitude, and/or any other Amplitude shareholder; and

2.      The Parties shall bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: February 20, 2025                    Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:   _/s/ Jessica Valenzuela_
          Jessica Valenzuela, SBN 220934

*Attorneys for Defendants*

DATED: February 20, 2025                    Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By:   _/s/ Robert C. Moest_
          Robert C. Moest, Bar No. 62166

*Attorneys for Plaintiff*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

DATED:  February 21, 2025

_____
Hon. Vince Chhabria
United States District Court Judge

Gibson, Dunn & Crutcher LLP

3